# Exhibit 1

## *Global Trading Alert*

# 7 Mega-Trades That Could Hand You a 7-Figure Payout!

## Debt-Fueled "Super-Bubble" Poised to Decimate World Financial Markets -- Could Hand You 15 Times Your Money by September 2011

### *(And that's only the beginning...)*

At this moment, seven "mega-trades" are emerging on the horizon. Get in now, and you could cram 10 years of wealth-building into the next year. Miss out, and you may not see another chance to secure financial independence for another 25 years...

Dear Reader,

A debt-fueled "Super-Bubble" -- over 25 years in the making -- is bearing down on the global financial markets.

The devastation will be fierce and will forever change the way people think about investing, saving and retiring.

In fact, in a recent *New York Times* interview, world-renowned financial forecaster Robert Prechter said the coming plunge could knock 90% off the Dow... erasing more wealth than the 2008-2009 crisis and Great Depression combined.

I'm not saying that will happen. But even if Prechter is partially right... even if the Dow only falls back to 2008-2009 levels... people are going to get crushed.

This is bad news for investors hoping to build wealth in the stock market during the coming years...

But very good news for a small group of people who are poised to turn the coming chaos into a "once in human history," wealth-building opportunity.

**Not only could this select group AVOID DEVASTATION...**

**but they could also see the chance to pocket a potential seven-figure payout in the next 12 months.**

In fact, at this moment, this group is tracking seven breath-taking trading opportunities that are potentially so enormous... and so lucrative... they could be the ONLY TRADES you need to make in the coming years.

It is unusual to see even a single trading opportunity of this magnitude emerge in any given year.

Mega-trades of this nature typically come around once every 20 years. In fact, the last time we saw a situation this lucrative was in September 1992... when George Soros made roughly $1 billion... $1 BILLION!... in a single week by plundering the pound.

Today's opportunities could put the famous Soros trade to shame... because instead of just one phenomenal trading opportunity... there are seven remarkable situations that could hand you a seven-figure fortune.

If things pan out the way I expect... folks who get in now... on the ground floor... could cram 10 years of wealth-building into the next few months.

**Not only do I think this outcome is likely, I believe it's a near certainty. You'll understand why in a moment...**

Problem is, most people won't have a chance to fully plunder the coming opportunity. That's because they simply don't have the expertise to fully exploit the situation at hand.

**The good news is, if you're ready for the thrill ride of your life... you can join a small group ready to turn these seven mega-trades into a potential seven-figure fortune...**

I realize this sounds incredible. But here's the thing:

*These folks all know a* secret trading formula -- called the "Trader's Key" -- with a proven history of making smart investors very, very rich. For example...

***When the British pound collapsed back in the 1990s, George Soros made roughly $1 billion in one week using the Trader's Key.***

***When the market crashed in 1987, Paul Tudor Jones made a reported $80-$100 million using the Trader's Key.***

***When the mortgage crisis hit in 2007, hedge-fund manager John Paulson used the Trader's Key to make $3.7 billion in a single year. And as the crisis continued, Paulson used the Trader's Key in 2008 to pocket another $1 billion profit.***

Even during normal economic times... the Trader's Key has been used repeatedly to turn normal "bubbles" into staggering fortunes. For example:

- **The Trader's Key is the same formula that allowed college professor Michael Marcus to turn $30,000 into $80 million.**

- **It's the same formula that allowed plant manager Tom Baldwin to turn $25,000 into $30 million.**

- **It's the same formula that allowed crop farmer John Henry to turn $16,000 into $25 million.**

- **It's the same formula that allowed immigrant Nicolas Darvas to turn $25,000 life savings into a $2 million windfall in 18 months.**

- **It's the same formula that allowed Ed Seykota to turn a $5,000 account into $15 million in 12 years...**

- **It's the same formula that allowed Gary Bielfeldt to turn a modest $600 initial investment into $80 million.**

- **It's the same investment that allowed golf caddy Tony Saliba to become a millionaire before he was 25 years old!**

- **It's the same formula that allowed Chet Conrad to turn $10,000 into $3 million on a single trade.**

**And guess what?**

**It's the same formula that could help you pocket a seven-figure payout in the next 12 months.**

Amazing, right? But here's the thing you need to understand:

We are at a <u>unique moment</u> in history... the tail end of a 25-year debt cycle that has engulfed the entire world.

**Picture the fallout from the U.S. housing bubble and multiply it by a factor of a thousand, or even 10,000.**

In a recent speech, George Soros described the current situation as a "Super-Bubble," built of many smaller bubbles that were inflated over the past 25 years.

According to Soros, the "bubbles" we've faced over the past two decades (the S&L crisis, the Mexico crisis, the Asian crisis, telecom bubble, tech bubble, the Internet bubble) were all just <u>blips on the screen</u>.

In other words, they were "normal" bubbles the government could "fix" with massive spending and easy credit.

The coming "Super-Bubble" is very different...

Not only is it unpreventable... but once it starts, the government will be helpless to stop the

bleeding.

And while the devastation will erase trillions in personal assets... some folks will have the opportunity to turn this financial crisis into astounding wealth.

According to *The Wall Street Journal*, big hedge funds are already getting in position for what could be a "career" trade...

"This is an opportunity to make a lot of money," says Hans Hufschmid, a former Salomon Brothers currency trader who made $28 million in a single year in the FOREX market.

Economic crises have always spawned incredible wealth for people ready and able to exploit the situation.

Now it's your turn to turn chaos into a mega-fortune...

***Imagine waking up in a year's time to find your bank account brimming with a seven-figure balance...***

That's the exact potential of the opportunity I'm offering you today.

By combining the Trader's Key with the remarkable economic circumstances we face today... you could literally "seize" over $1 million in cash before this time next year.

In the following pages... I'll tell you all about the coming "Super-Bubble." I'll explain what it is, where it came from, and why it will make normal "bubbles" (like the 2008-2009 global financial crisis) look like a walk in the park.

I'll also show you why its impact will be so severe... and why the government will be unable to stop it.

In addition, I'll tell you all about the secret trading formula... known as the "Trader's Key." I'll reveal the Key's remarkable history... I'll tell you how it works... and explain why it could help you transform the imminent "Super-Bubble" into as much as 1 million dollars in the next 12 months.

Finally, I'll tell you all about seven "once in human history" trades that are coming down the pike at this moment.

Chances are one in 10,000 that you've ever even considered trading these specific asset classes in the way the Trader's Key could allow you to trade them. In fact, you may not have even heard of these asset classes... let alone thought about putting them in your portfolio.

But make no mistake:

These are the kind of mega-trades that could change your life in an instant. Alone, each of these trades has the potential to make you a bundle of money. Put them together... and you could quite literally cram a decade of wealth-building into the next few months.

There is one catch, however...

# First Come, First Served. No Exceptions!

Because of the unique nature of these mega-trades... I need to keep participation in this opportunity to a small number of people.

Too many people rushing into these plays at the same time could jeopardize the payout potential.

Bottom line: In order to give people the best shot at a seven-figure payout... most people will need to be excluded from this opportunity.

In addition, with over 260,000 *Taipan Daily* readers, as well as 30,000 paid subscribers, the available spaces are going to go very quickly.

That means a lot of people are going to miss out...

***Is that fair?***

Probably not... and people who hesitate to seize this opportunity will be very disappointed.

On the other hand, the folks who move fast could be rewarded with a life-changing experience of epic proportions... and a chance to seize a potential seven-figure payout very soon.

I'll show you how to get in on this in a moment. But first, allow me to introduce myself...

# Turning Chaos Into Profit

My name is Sandy Franks. I'm the Executive Publisher of Taipan Publishing Group, a financial publishing firm based in Baltimore, Maryland, since 1989.

For over 20 years, we've helped people turn crisis into opportunity. From the fall of the Berlin Wall... to the collapse of the Soviet Union... the Internet bubble of the late 1990s... to the market meltdown following the terror strikes of September 11, 2001... we've thrived on chaos... and people who have listened to us have had a chance to get rich.

That's why our list of followers has grown to over 300,000... with more people jumping on board every day.

Of course, the last 25 years have produced some rocky times in the financial markets.

And you know what? We're glad about that because our specialty -- the thing we do better than anyone else on the planet -- is helping our readers turn chaos into profits.

Pure and simple: Bad times can mean profitable times for folks who follow our recommendations. And hopefully, you've followed some of our recommendations, because people who've listened to us could have made a mint.

If you had put $15,000 into the following recommendations, you could have made a fortune!

For example:

- When we recently recommended a play on the auto industry, people who listened had a chance to pocket over $123,750 in a single trade.

- When we recently recommended a play on the international gaming industry, people who listened had a chance to pocket over $78,600 in a single trade.

- When we recently recommended a play on the financial services industry, people who listened had a chance to pocket over $60,000 in a single trade.

- When we recently recommended a play on the alternative energy industry, people who listened had a chance to pocket over $54,300 in a single trade.

- When we recently recommended a play on the biotech industry, people who listened had a chance to pocket over $57,450 in a single trade.

I could go on and on and on...

But here's the thing: Today, we are facing a new crisis... a financial crisis of epic proportions. The 2008-2009 market crisis will pale in comparison to the financial pain on the horizon. People are going to lose a lot of money... practically overnight.

But guess what?

# Imminent Crisis = Massive Opportunity!

For savvy traders who know how to use the Trader's Key... the coming crisis is a godsend!

Listen: Crisis has always spawned opportunity.

According to American economist and *New York Times* best-selling author Harry Dent, Jr. (MBA, Harvard), there were more millionaires created during the Great Depression than at any other time in America's history.

Legendary investors like Warren Buffett, Jeremy Grantham and Ron Baron have all said that the new investment landscape has created "once-in-a-lifetime opportunities."

According to the University of Chicago, folks with the vision and courage to take action in the midst of financial crisis were rewarded with life-altering returns of 37,199% on Container Corp. of America... 37,170% on Truax Coal... 30,503% on International Paper... 30,501% on Spicer Manufacturing... 23,586% on Douglass Aircraft... 24,146% on Zenith Radio... 21,608% on Minneapolis Honeywell... 21,403% on Crown Zellerbach Corporation... on and on...

Any one of the above investments could have turned $10,000 in over $2 million!

And here's the thing, the coming correction is going to make the Great Depression look mild.

Consequently, the opportunities are going to be astronomical...

We are at an incredible moment in history. Twenty-five years of government intervention has created a backlog of pain and devastation that is about to be unleashed on the financial markets.

For decades, the government has used monetary policy, spending and easy credit to keep the good times rolling.

Well, the jig is up. The bill is due. People are going to get hurt in ways you can't even imagine.

The good news is, by following the detailed instructions in this letter... you could turn the coming chaos into a personal fortune.

I'll show you how to get in on this in just a moment... and how to use the Trader's Key to turn it into a potential seven-figure fortune. But first, let me explain WHY the coming "Super-Bubble" will offer such remarkable wealth-building situations.

# The Making of a "Super-Bubble"

Back in the 1930s, Russian economist Nikolai Kondratieff produced a theory that explained that TRULY HARD TIMES come in broad cycles, or "Super-Bubbles."

These "Super-Bubbles" are typically made up of several smaller or "normal bubbles."

Here's the interesting thing: Kondratieff stated that economic cycles are more powerful than government. And that while the government can alter the impact of a smaller "normal bubble"... it is helpless in the wake of a true "Super-Bubble."

In other words, the government can control events for years... even decades. The government can postpone financial devastation... but it can't prevent it.

According to Kondratieff, the government's act is a hopeless charade.

The real economic cycle is going to run its course... no matter what the government does.

Real prosperity can't come until all the "poison" is out of the economic system.

The result of underestimating these cycles is catastrophic... and is a force much more powerful than any government can control.

Scary stuff. So scary in fact, that Russian leader Joseph Stalin had Kondratieff executed so that his theories would not undermine Russian citizens' faith in government.

***Thing is, Kondratieff was right. The government is helpless to stop the natural path***

***of economic cycles.***

This is exactly what has been going on for the last 25 years. We've had a series of financial bubbles fueled by government spending and easy money.

The government has used its power to print money in order to stave off financial devastation.

Trouble comes, the government prints money, pumps it into the economy, and things get better.

Consider the 2000-2001 technology crash. The markets tanked. Investors got crushed. The economy tottered on the brink of total collapse. And what happened?

In rushed the government with low interest rates... pumping money into the economy and fueling an unprecedented -- and unsustainable -- real estate boom.

Of course, the real estate bubble burst... resulting in credit crisis and sparking the global financial meltdown of 2008-2009.

The stock market plunged by 50%. Investors lost $3.2 trillion or more. Long-standing financial pillars like Lehman Brothers and Bear Stearns vanished from the face of the earth. For a while, it looked like the whole system would collapse. Freddie Mac and Fannie Mae had to be bailed out. Hundreds of U.S. banks went under.

But again, the government rushed in and saved the day...

At least 43 countries from every corner of the globe pumped massive amounts of money into the global economy. Here are a few of the stimulus plans (as measured in U.S. dollars):

| | |
|---|---|
| **United States: $787 billion** | **Saudi Arabia: $49.6 billion** |
| **China: $585.6 billion** | **Korea: $26 billion** |
| **Indonesia: $75 billion** | **Canada: $43 billion** |
| **Japan: $687 billion** | **India: $6.5 billion** |
| **Germany: $68 billion** | **Vietnam: $1 billion** |
| **Macau: $13 billion** | **South Africa: $7.9 billion** |
| **Great Britain: $29 billion** | **Ukraine $16 billion** |
| **France: $35 billion** | **Israel: $5.4 billion** |
| **Singapore: $13.6 billion** | **Russia: $20 billion** |
| **Australia: $26.5 billion** | |

I could go on, but I think you get the picture.

Massive bailouts and trillions in stimulus funding prevented the global economy from collapsing.

But the solution is a Band-Aid. It merely postponed the inevitable: A long and deep market slide that erased unprecedented levels of wealth from the global economy.

Of course, the government is portraying the bailout as successful. And sure enough, Americans are relaxing, even starting to feel confident again. Reports of economic strength are hitting the wires... and the market is climbing again.

But the party is over... and the bill is coming due.

# The Government's Life Raft Is Broken!

Unfortunately, the same solution that has come to the rescue the last 25 years is not going to work anymore.

That's because world governments face an inescapable problem: They are simply out of money and no longer have the credibility to borrow!

After spending billions to rescue the world in 2008-2009... there is simply nothing left. And everyone is starting to realize how dire the situation is.

The *U.K. Telegraph* reports: **"China's leading credit rating agency *has stripped America, Britain, Germany, and France of their AAA ratings, accusing Anglo-Saxon competitors of ideological bias in [favor] of the West."***

It was not that long ago that Tim Geithner, the Wall Street sycophant currently occupying the post of U.S. treasury secretary, confidently swore that the United States would never lose its vaunted triple-A credit rating.

Well guess what... We've already lost it!

The big Western rating agencies may still maintain triple-A status for Uncle Sam, but that's because they are more compromised than lung cancer researchers funded by Big Tobacco.

It has taken a relative outsider -- the Dagong Global Credit Rating Company -- to be the first to point out that the emperor has no clothes.

And things are getting worse every day...

# Dark Days Ahead

On the surface, the government continues to spark hope with reports of economic growth.

And with the stock market chugging higher, people are believing the positive hype.

But behind the scenes... things are looking bad, and getting worse every day.

Consider Illinois, an idiot poster child for how bad things have gotten... and how tough the fix will be.

"It is getting worse every single day," the Illinois state comptroller laments. "We are not paying bills for absolutely essential services. That is obscene."

Illinois is facing a $12 billion deficit and a $5 billion budget shortfall. To add insult to injury, the state's pension system is 50% underfunded by conservative estimates.

It has reached the point where the state has, quite literally, stopped paying bills. This means that jobs are getting cut, pay checks are getting delayed, and businesses are being shut down. There is simply -- and again, quite literally -- no more money.

California is the same way...

"People think we're becoming a third world country," says a Los Angeles County court reporter. "We are on the verge of system failure," warns the executive director of the California Budget Project.

"California's fiscal hole is now so large," *The Globe and Mail* further adds, "that the state would have to liberate 168,000 prison inmates and permanently shutter 240 university and community college campuses to balance its budget."

And listen: The debt problem is not limited to one or two states... it's nationwide!

*BusinessWeek* describes the situation as "red ink, from sea to shining sea."

Forty-eight of 50 states face budget shortfalls this year. Many shortfalls amount to more than 20% of planned spending. The plunge in state tax revenue is the worst on record.

And across the world, things are no different:

Spain, Greece, Italy... all reeling from massive debt and failing economies.

**Bottom line: Global governments have nothing left in the tank.**

The system is broken, the economy is poised for a collapse, and the government does NOT have the money to pay its own bills, let alone bail out the financial system.

Investors worldwide have lost faith in government to fix the problem... and... when the European economic crisis makes its way back to the U.S... the fallout is going to make the 2008-2009 financial crisis look like a day at the park.

# Don't Let Good News Fool You

The government hails the "signs of recovery."

But their good news is in the form of higher corporate earnings and "productivity."

This is <u>pure manipulation</u> that serves to pull people back into the markets.

Unfortunately, earnings and productivity are up because labor costs (jobs) are being cut at a relentless pace.

And here's the thing:

<u>A real sustainable recovery is driven by jobs, consumer confidence and spending</u>.

In fact, according to Reuters, consumer spending fuels two-thirds of all economic activity in the United States.

Without consumer spending, the recovery will never gain any sustainable momentum.

That's because, until consumers come back, the recovery cannot start in earnest. When people have jobs and believe the economy is getting better... they SPEND MONEY.... which in turn helps the economy get better.

**But that's NOT what is happening!**

In July 2010, jobless claims ROSE to their highest level since April, according to the U.S. Labor Department. According to *The Washington Post*, the U.S. unemployment rate rose to 9.9%!

And here's some shocking information: If you include all of the people who are still discouraged and all of those who want to work full-time but can find only part-time work, the effective unemployment rate is an unbelievable 17.1%.

That's not all. In addition to cutting jobs, employers have started more aggressive salary slashing.

Many local governments are asking unions to accept salary reductions after trying furloughs but still needing to cut costs.

"We've seen pay freezes before in the public sector, but pay cuts are something very new to that sector," an industrial relations professor at Clark University, told *The New York Times*.

"This is awful. A reality check," says Ian Shepherdson, chief U.S. economist for High Frequency Economics. "People are cash-constrained and credit-starved. Remember, [consumer] spending accounts for 89% of private sector GDP."

Bottom line: The U.S. government is hailing a recovery. But the "recovery" is based on corporate profits... NOT jobs or spending.

We are headed for bad times again soon. Even former Fed Chairman Alan Greenspan

indicated that the U.S. could slip into recession again.

And make no mistake: When this recovery disappoints, investors are going to be more frightened than ever.

Money is going to fly out of the stock market at a record clip...

The bleeding will start again. Only this time, the government will be unable to stop it.

"We've just entered ACT II of the drama," explains George Soros. Things are going to get ugly, and folks are gonna get hurt.

People who are unprepared will experience utter financial annihilation.

The good news is, people who know what they are doing... can turn the next 12 months into unbelievable wealth. Here's how:

Already, folks who know how to use the Trader's Key are exploiting the turmoil.

Consider John Paulson...

In 2007, as the subprime disaster unfolded, Paulson used the Trader's Key to make a $3.7 billion profit... in one year!

And in 2008, Paulson turned the market meltdown into a $1.05 billion profit.

How much will Paulson make in the coming correction?

**The sky's the limit... and if you act now, you can get in right beside him on the ground floor.**

While I can't promise that you'll make billions... or even $100 million... I think you'd be more than happy to take home $500,000... $750,000... even $1 million in the next 12 months...

Bottom line: These are extraordinary times...

We're witnessing a seismic shift in the world financial order. The conditions we're now experiencing are more conducive to building fortunes than anything we've seen in decades.

The markets are ripe with opportunity... and people who hold the Trader's Key could elevate their net worth exponentially in the coming months and years.

I'll also tell you about the seven mega-trades that could hand you a seven-figure payout.

But first, let me tell you about the Trader's Key... and how you could use it to turn the coming market collapse into a once-in-a-lifetime payday.

# A Legacy of Wealth

As I mentioned, the Trader's Key is not new. In fact, it dates all the way back to the 17th century...

When a Japanese family -- the Honshu family -- was looking for a way to dominate the rice-trading industry.

Rice trading was very competitive, so the family searched for a way to gain a competitive advantage. They developed a formula -- the Trader's Key -- that gave them a huge advantage.

The formula became almost magical in its ability to generate winning trades... and the Honshu family grew very wealthy.

In fact, their riches became legendary. Songs were sung about their wealth, and the Honshu family became the financial powerhouse of all Japan.

Over the years, the Trader's Key has evolved... becoming more and more efficient with every passing year.

In the late 1700s, Munehisa Homma, a Japanese merchant who traded grain in the Ojima market in Osaka, used the Trader's Key with such success that he generated billions in profits... some years earning over $1 billion (in today's prices).

Homma even became an honorary Samurai because of his trading reputation.

The Trader's Key made its way into the 20th century when Jesse Livermore used it to make $10 million in the market crash of 1907... and another $100 million during the market crash of 1929.

Now, you might think that the Honshu family... or Munehisa Homma... or Jesse Livermore are extraordinary people and that the chances of using the Trader's Key to get ultra-wealthy are nearly impossible. But that's simply not true.

Anyone savvy enough to have access to this secret trading formula can use it to make a fortune.

You see, people who understand how the Trader's Key works often are rewarded with unfathomable wealth.

Here's the point: The Trader's Key is not reserved for the elite. The truth is, anyone can use the Trader's Key to make a fortune... which is why I'd like to invite you to become a member of our breakthrough new service, ***Macro Trader,*** where you'll learn firsthand the secrets of the Trader's Key.

***Macro Trader*** is for BOLD individuals who want to harness the <u>skill, power, and confidence</u> to amass a fortune... regardless of market conditions.

As a member of ***Macro Trader***, you'll join a <u>small cadre</u> of ambitious folks who want to elevate their net worth -- and trading skills -- to the next level.

That's because we'll provide you with a steady flow of potential "homerun" recommendations... any one of which could change your financial status in a heartbeat.

But that's not all. As a member of *Macro Trader*, we'll provide you with the single most powerful trading weapon on the planet -- the Trader's Key -- and show you how you can use this secret formula to become a multimillionaire.

In just a moment, I'm going to tell you about seven mega-trades that are emerging at this moment. These trades have the potential to let you cram decades of wealth-building in a very short time.

I'll also show you how to get a full year of *Macro Trader* -- normally a $5,000 list price -- absolutely free.

But first, let me reveal your "inside edge"... your secret backdoor to the Trader's Key.

# Your "Inside" Edge

As I mentioned, the Trader's Key has been around for roughly 400 years.

Now, given the number of fortunes it has spawned, you would think everyone would know about it.

And, as I've explained, very few people outside of professional trading circles even have a clue about this powerful formula.

That's because the formula is not something they like to share. It's been passed down over the years... from master to student... in a very "behind closed doors" kind of way.

You get bits and pieces about it here and there. But it's hard to find someone who will actually share the formula secrets.

And it's even harder to find someone who is willing to help you use the Trader's Key to make money trading the markets.

But today the tables have turned in your favor. You're going to learn the secrets of the Trader's Key from a former member of that inner circle of professional traders.

**That's why I'm so excited to introduce you to the Founder and Editor of *Macro Trader*... Justice Litle.**

If his name sounds familiar, it's because Justice is regarded as one of the top trading experts in the world.

While pursuing a Ph.D. at Oxford University in England, Justice began a financial adventure that continues today.

He's spent the last decade immersed in the financial research... and people lucky enough to have his counsel often find themselves able to pocket a whole lot of money.

In fact, under his guidance, a world-class natural resource newsletter delivered <u>top-rated performance</u> two years in a row.

During his tenure at Commodity Resource Corporation (a commodity brokerage firm based in Lake Tahoe since 1983), Justice dealt with traders and hedge fund managers on every continent (with the exception of Antarctica) and helped his clients -- including a Russian hedge fund -- make serious money.

In fact, it was not uncommon for Justice to help his clients grab $50,000 and $100,000 profits on single transactions.

He even took one account up 600% in a <u>single week...</u>

Justice has implemented sophisticated trading and hedging strategies for clients on a global scale -- a broad cross section, including soybean farmers, cattle ranchers, currency hedgers and even a run-in with the Czech Mafia (a fascinating story I'm sure he'll share with you himself in the coming weeks at one of the *Macro Trader* private gatherings!).

Because of his trading expertise, Justice has been quoted in *The Wall Street Journal*... written multiple articles for *Futures Magazine*... been called on to give regular market commentary by the likes of Reuters and Dow Jones.

He even contributed to the best-selling "bible" on trading, *Trend Following: How Traders Make Millions in Good Markets and Bad*.

Bottom line -- Justice is a master trader -- and is often compared to Jesse Livermore, the legendary financier who made $100 million during the market crash of 1929. This means Justice knows the secrets of the Trader's Key.

In fact, in my 20-plus years in the financial publishing industry, I've never seen an analyst with better instincts, discipline and flat-out expertise.

It's no wonder that our customer service inbox is flooded with letters raving about Justice's recommendations and expert view on the markets.

Let me put it to you this way: If my life depended on it... and I could only choose one person to help make me big money in the markets... Justice would be my choice... no question about it.

# A Betrayal of Trust?

Now, I must tell you, Justice was a bit reluctant to reveal the details of the Trader's Key, along with his many years of accumulated trading secrets and strategies.

In fact, when we first approached Justice about *Macro Trader*, he turned us down. You see, the trading community is secretive by nature. As I mentioned, when Richard Dennis conducted his "Turtle" experiment, he swore the 14 trainees to absolute secrecy.

Justice simply felt that giving "home run" plays out to everybody willing to join a new service

was a betrayal... a breach of trust... a violation of his bond with other elite traders.

Justice is an integral part of the trading community. He's had personal relationships with these millionaire traders. He used to be "one of them"...

Justice lives in Lake Tahoe, Nevada. If you're not familiar with Tahoe, it's home to some of the most astute and wealthy traders on the planet, including legendary market wizard Ed Seykota... the professional trader who generated 250,000% for his clients.

You could say Lake Tahoe is where the great traders go to get away from the maddening crowds. It's their private retreat.

Being among this special group of traders, it's understandable that Justice would be hesitant to share this information.

But here's the thing...

Justice has always wanted to form a true "inner circle"... a group of like-minded folks who want to make a fortune in the markets... and also want to learn HOW to do it themselves.

In addition, he has wanted to create a network of elite wealth builders... people who come together to share stories... insights... camaraderie... and their passion for the markets.

So, we came to an agreement: Justice would give us his expertise and specific trading recommendations... and we'd allow him to turn **Macro Trader** into a true "inner circle"... to create a full-immersion experience -- a brotherhood of excellence -- for the folks who want to get fully involved... and experience the thrill of making boatloads of money from a handful of select trades.

What has evolved is nothing less than extraordinary... and I hope you are able to participate.

In just a minute, I'll outline in detail exactly what you can expect to receive as a member of **Macro Trader**. But first, let me share with you why **Macro Trader** is a must... right now.

# These 7 Mega-Trades Could Change Your Life!

We are currently tracking seven trading opportunities that have the potential to alter your financial destiny.

As I said before, chances are 1 in 10,000 that you've ever even considered trading these specific asset classes in the way the Trader's Key will allow you to trade them.

But make no mistake:

These are the kind of mega-trades that could change your life in an instant. Alone, each of these trades has the potential to make you a bundle of money. Put them together... and you could quite literally cram a decade of wealth-building into the next few months.

Let me give you a brief overview of how to play. I can't reveal how we will be recommending you play these... because it would reveal the secrets behind the Trader's Key.

**Mega-Trade #1: Follow the Yellow Brick Road to a Potential 7-Figure Fortune!**

You know gold has had a good run lately. But the rush for gold has not even begun according to billionaire Thomas Kaplan, a New York-born commodities mogul.

In fact he is so convinced of this that he has put nearly $2 billion of his own money into physical gold through his company Tigris Financial.

Gold is in transition to being viewed as a "neutral currency." As governments around the world fight against the crushing weight of debt, they will discover they have no option other than to print large quantities of paper money. This will devalue all paper currencies relative to gold, the only "neutral currency" not subject to the whims of a printing press.

Kaplan has amassed a $2 billion fortune in gold using the Trader's Key... and still has it "all in"!

In other words, he believes that gold is going a lot higher, and has backed up this belief with a majority of his wealth.

His secret strategy is so enticing that billionaires John Paulson and George Soros are now following him, and if you want a chance to make an incredible fortune, you should do the same.

Chances are you've never thought of owning gold this way. When you combine you can do the same... using this unique gold strategy along with the Trader's Key.

**Mega-Trade #2: The Treasury-Bond Implosion!**

U.S. Treasury bonds are seen as one of the last safe havens, but in the long run they are massively overvalued. When the time comes for the United States to lose its AAA debt rating, faith in U.S. Treasury bonds could collapse.

Using the Trader's Key, you can turn the collapse into a fortune... and you can do it in a unique way.

Gary Bielfeldt used the Trader's Key to turn a modest $600 initial investment into $80 million. And here's the thing: He made a large chunk of that fortune trading Treasury bonds.

The mega-trade in Treasury bonds that we are tracking now could hand you similar riches.

And while I can't promise you an $80 million fortune... I can tell you that this opportunity could help you achieve a seven-figure fortune in the coming year.

**Mega-Trade #3: The Falling Knife!**

Consumer stocks were boosted by strategic default "mad money" spending and the false hope that 2009 was a V-shaped recovery.

The reality is that a second leg down in the housing market will hit consumers harder than ever, forcing major belt-tightening that will crush earnings for consumer retail companies as the average American hunkers down and spends less.

In 1987, when consumer stocks plunged, legendary investor Paul Tudor Jones used the Trader's Key to make millions. Records do not specify exactly how much he made, but it would be safe to say that it is in the tens of millions...

The opportunity today is bigger than the opportunities in 1987... and armed with the Trader's Key, you could be able to create serious wealth as stocks fall, and fall, and fall.

This consumer stock strategy is unique, and when you combine it with the Trader's Key... it is nearly "can't miss."

### Mega-Trade #4: Imminent Bank Armageddon!

The Federal Reserve doesn't really care about regional banks: it only cares about the "mega" banks. When the next round of the recession hits the United States, the big Wall Street banks will continue to see emergency support from the government, while thousands of smaller community banks all over the country will be left to wither and die.

There are already new bank closures almost every weekend, and this pace will rapidly accelerate.

The Trader's Key is the perfect way to exploit the banking situation. In fact, back in 2007, John Paulson used the Trader's Key to make $3.7 billion on the subprime-mortgage banking crisis. And then, Paulson used the Trader's Key again in 2008 to make another $1 billion on bank collapses.

The situation we are facing today offers an even bigger opportunity...

... and using a unique strategy that plays on falling banks, and combining it with the Trader's Key, you can give yourself a chance to make a huge pile of money very soon. This trade alone could go a long way toward giving you a seven-figure payout.

### Mega-Trade #5: Prey on the Rising Sun!

Japan is a giant time bomb, with one of the largest government debt burdens in the entire world. Japanese debt pays almost no interest, and something like 95% of it is held locally by Japanese institutions and Japanese savers.

As Japanese savers get closer to retirement, their ability to buy Japanese government debt will dry up (as they stop saving and start spending). When this happens, Japan's entire debt structure will collapse. This will force the Bank of Japan to print huge quantities of yen in an emergency crisis scenario, causing the value of the currency to collapse.

This cutting-edge trading strategy, combined with the Trader's Key, could allow you the chance to reap a potential fortune.

In fact, using the same strategy and the Trader's Key, former waiter Joe Sullivan built a

$100-million fortune.

You can do the same...

## Mega-Trade #6: Feast on the Global Breadbasket!

Agriculture prices are currently depressed as there is a global glut of grains developing.

But this situation will reverse as farmers cut back on their planting, creating the potential for a new grain shortage just as the dollar stops trending higher and starts to fall. This means there will be explosive opportunity in grain and agriculture markets AFTER grains bottom out (which could happen in the next six to 12 months).

Here's something interesting: By combining agriculture markets with the Trader's Key, former bookkeeper Arthur Cutten amassed a $90 million fortune.

Today, you have an opportunity to do the same. I can't promise $90 million... but I think you'll be very happy with the results.

By combining our one-of-a-kind agriculture trading tactic with the Trader's Key... you could be able to make your own potential million-dollar fortune very soon.

## Mega-Trade #7: Dark Edge Trade

This could be the single most lucrative play of all. It could rival the trade in which George Soros made $1 billion in one week.

However, because of the nature of the pick -- and because I must preserve the opportunity exclusively for our *Macro Trader* members only... I can't reveal any details about the recommendation in this letter.

I can tell you this: This is the kind of "once in human history" type of opportunity that will be written about for years -- even decades to come.

By getting in early, on the ground floor, this play alone could literally change your financial life.

To miss out on this play would be a costly mistake... a mistake that could haunt you for the rest of your life.

OK, there you have it. A brief summary of the seven mega-trades that could make a handful of folks a massive stack of money.

Because these recommendations are reserved for our *Macro Trader* readers, I've only given you a very brief outline of what's involved.

The bottom line is this: these could be the only seven picks you need for the next 10 years.

And because of the dire economic conditions we face, these plays may likely be the only way for individual investors to make money -- to build a nest egg -- in the years to come.

Most people will never consider these trades. And even if they did understand the basics, they wouldn't know how to use the "Trader's Key" to boost profit potential to an extreme level.

Fortunately, there is a way for you to get in on these sensational opportunities... today.

**In fact, I've put together an Exclusive Trading Bulletin called** *"7 Mega-Trades That Could Hand You a 7-Figure Payout!"*

This Bulletin will tell you everything you need to know to turn these seven mega-trades into a potential seven-figure fortune.

The Bulletin is yours...free... when you give ***Macro Trader*** a try.

In a moment, I'll show you how to reserve your ***Macro Trader*** membership. I'll also show you how to get a full year of ***Macro Trader*** absolutely free.

But first, let me tell you about everything you will get as a ***Macro Trader*** subscriber...

# A Circle of Excellence

As a ***Macro Trader*** subscriber, Justice will take you under his wing... and show you exactly how you could use the Trader's Key to make a fortune in the markets. Plus, he will provide you with an ongoing stream of trading recommendations... pure "home run" opportunities... any one of which could make you a fortune.

As I mentioned, Justice has made money for some of the most savvy and sophisticated institutions throughout the world... often generating $50,000 and $100,000 profits in a single swoop.

Having Justice teach you how to trade for gigantic returns is like having Barry Bonds (steroids and all!) pinch-hit for you at your weekend softball game. It would be like having Mike Tyson step in to battle for you in a barroom scuffle... it would be like having Peyton Manning play quarterback for your kid's Pop Warner team!

What I'm saying is, the advantage Justice will give you is flat-out dominant... and if making $50,000... $100,000... even $500,000 trading gains seems impossible to you now... you are in for a very pleasant surprise.

As a ***Macro Trader*** subscriber, you will have the rare chance to immerse yourself in the secretive world of trading... to fully live and experience the thrill and exhilaration of tracking and playing out life-changing trades.

With Justice's expert guidance and his willingness to teach you the secrets of the Trader's Key, ***Macro Trader*** could become the most valuable membership you'll ever join.

The potential moneymaking recommendations he'll provide you with throughout the year could have a dramatic impact on your financial well-being. Concerns of recession or economic downturns could disappear. Because you'll learn how situations like we're

experiencing today could be used in your favor to make thousands, if not millions, of dollars.

# The Trader's Chronicles!

As a **Macro Trader** member, you'll have access to our online edition of *The Trader's Chronicles*, commissioned by Justice Litle himself.

A decade in the making, *The Trader's Chronicles* is dynamic and ever evolving. It's been called a "book of trading magic" by some of our financial experts... and you'll understand why the moment you lay eyes on it...

Not only does *The Trader's Chronicles* open the door to the back-street secrets of the trading world... but it is also loaded with every aspect and facet of trading excellence.

Bottom line: It will give you all the information you need to potentially turn a few hundred dollars into a million-dollar trading account, including:

- How to spot breakout trends and get in early!

- How to avoid the BIG MISTAKES that can wipe you out!

- The Trader's Key: How this 400-year-old trading secret could turn $1,500 into $2.5 million in 12 months!

- How to achieve complete Trading Mastery!

- How to unchain yourself from the trading screen and execute your trading in 15 minutes per day!

- Why the nightly news could crush your trading dreams -- and how to avoid this dangerous trap!

- How to manage the emotional challenges of top-shelf trading!

- How to embrace your losses and turn them into your biggest winners!

- How to keep your losses small!

- How to take "guessing" out of trading!

- How to place an order to get the best execution prices!

- How to make six-figure profits in any market, up or down!

- How to manage your account like a pro!

- Why a falling market is a savvy trader's "dream come true"!

- And much more!

It's fair to say that *The Trader's Chronicles* is like the bible of the trading world. No trader -- novice or experienced -- should ever attempt trading without knowing the information contained in *The Trader's Chronicles*. As a member of **Macro Trader**, you'll automatically receive access to it... free of charge.

(By the way, our research estimates the value of *The Trader's Chronicles* to be $995.)

# Be Our Guest in Lake Tahoe!

As a **Macro Trader** member, you will also be invited to join Justice and his network of elite wealth builders at our private "Trader's Conferences" in Lake Tahoe. (What other place is more fitting than where elite traders live?)

These meetings are exclusive to **Macro Trader** members and are modeled after the famous and secret Bilderberg meetings.

Since 1953, the world's wealthiest and most powerful businessmen, politicians, and world leaders gathered to share secrets, bond with fellow members and discuss wealth-building strategies.

The meetings are held in the most luxurious hotels around the world. No expense is spared... and the cost of the annual meetings is estimated to be in the millions.

For those lucky enough to attend, the Bilderberg meetings offer an opportunity to bond with like-minded millionaires... to share secrets... to discuss strategies... and to enhance one another's wealth-building activities.

The same is true of the private meetings you'll attend as a **Macro Trader** member. You and your fellow *Macro Traders* will be our guests at the famed Lone Star Lodge, a favorite "celebration spot" for Tahoe's band of millionaire traders.

At our confidential gatherings, you'll enjoy drinks, dinner, and revelry. You'll enjoy the company and camaraderie of your fellow traders... sit by the fire... sip your favorite beverage... and enjoy a fine victory cigar as you toast your latest success!

Surrounded by like-minded people, you'll share stories... exchange ideas... and bond with your comrades over the thrill and exhilaration that only elite traders understand.

Imagine yourself rubbing elbows with millionaire traders, learning their secrets. How much would you pay to attend an event of this caliber, where you walked away with millions of dollars in trading secrets?

You probably realize meetings like these are expensive. As I mentioned, the Bilderberg meetings cost several million dollars. Even gatherings of the Bohemian Club, another private network of millionaires, have initiation fees of $2,500.

If we priced attendance to these events on an individual basis, it would not be out of the question to charge $2,500 to attend. But as a subscriber to **Macro Trader**, you're attendance is free.

There's so much more that comes with being a **Macro Trader** member. And, honestly, I don't have room in this letter to tell you about every single detail.

But as you can see from my brief description, this is a REMARKABLE OPPORTUNITY... not only for the opportunity to secure a fortune... but to immerse yourself in a community of other like-minded wealth builders.

# Hit the Ground Running!

Right now, as I write this letter, Justice is tracking seven mega-trades the likes of which come around once every 20 years.

He believes conditions are right for each of these seven plays to mirror the returns of some of the biggest single-trade winners of all time, including the $1.1 billion George Soros earned when he sold short more than $10 billion worth of British pounds.

When the odds are in your favor... Justice will release his detailed analysis, including what to trade... the entry price... and the early-stage strategy.

I can't give you all the details in this letter, because (as you can imagine) that would violate the privacy and confidentiality agreement that I've pledged to uphold on Justice's behalf.

This is an opportunity to capture and ride an emerging mega-trend... that could potentially turn a few thousand into millions.

I'll tell more about this breaking opportunity in a moment. But first, I do need to caution you...

# A Heartbreaking Lesson That Could Guarantee Your Trading Success

The Trader's Key has worked for over 400 years. It has created more millionaires than I can count... turning ordinary people into multimillionaires... in some cases overnight.

IF YOU FOLLOW THE FORMULA -- as I'll explain in a moment -- it could likely do the same for you.

Simple, right?

*But a funny thing happens when people start to make big money in the markets...*

Inevitably, people get a taste of success... they land a few big trades... they take in $100,000 in profits... and all of a sudden... they start thinking they are smarter than the system.

Let me give you a heartbreaking example...

Back a few years ago, a fellow by the name of Greg Kudler (his real name cannot be

revealed) learned the secrets of the Trader's Key.

Greg's father was a sanitation worker, so Greg was from very humble beginnings. He followed the system precisely... and made a fortune. I would estimate his net worth was in the $45 million range... all from trading. He made so much money that he bought a palatial estate outside of London.

Butler, driver, full kitchen staff. The whole bit.

Anyway, the guy had the world by the tail... and, sure enough, he started thinking he was smarter than the system.

One day, he was holding a massive position in gold. His formula... the Trader's Key... told him to SELL his position.

But he refused to sell. He was confident the market would come back. So, he did the unthinkable: He ignored one of the principles of the Trader's Key and put everything into this trade.

Big mistake. Of course, the market plunged... and due to margin calls, he lost everything... including his mansion.

That's why it is imperative that you follow the strategy without fail. In fact, one condition of joining **Macro Trader** is to never deviate from the principles of the Trader's Key.

*Can you do that?* Do you have the discipline to follow the "rules"... even as your profits mount and approach $500,000... $750,000... even $1 million... will you have the discipline to stick with the proven formula?

This technique is truly the key to turning a mediocre trade into a once-in-a-lifetime fortune.

This is how savvy traders magnify their winnings... and create massive fortunes... in a single trade.

It is truly the final piece of the trading puzzle... the element that makes all the other principles of this trading strategy come together in an almost magical way.

Although this tactic has been around for hundreds of years... it is literally the last frontier of trading success.

# The Trader's Key:
# Transform Ordinary Results
# Into Astonishing Returns!

The Trader's Key is the ultimate trading weapon...

It is the secret that allowed Gary Bielfeldt to turn $600 into $80 million.

It is the secret that allowed Michael Marcus to turn $30,000 into $80 million.

It is the secret that allowed Curtis Faith to start from scratch and make $31 million before he was 35.

And it is the secret that could lift you up from wherever you are today -- and, potentially, turn you into a mega-millionaire in record time.

It is the basis behind *Macro Trader*. And the moment you decide to join our group, the first document you'll receive from us is a full and detailed explanation of how the Trader's Key works and how you can use it to magnify your results.

Now, the only questions left for me to ask: Are you ready to change your life with a single trade? Are you ready to take your trading game to the highest possible level? Are you ready to turn a few thousand dollars into millions?

If you answer "yes," then please let me hear from you right away. Otherwise, you risk losing out on membership altogether. Remember, *Macro Trader* has officially launched, and materials and meeting preparations are being finalized at this very moment.

# Are You Ready for 7 Figures?

Go ahead and agree to be a Charter Member of *Macro Trader*. All you need do is click on the link at the bottom of this page.

When you do, you'll receive all of the materials I outlined in this invitation, including:

**Exclusive Trading Bulletin:** *"7 Mega-Trades That Could Hand You a 7-Figure Payout!"* This Bulletin will tell you everything you need to know to turn these seven mega-trades into a potential seven-figure fortune. Get in on this today, and you could cram 10 years of wealth-building into the next 12 months.

**Global Trading Recommendations!** Justice Litle and his research staff are constantly monitoring the markets. When they get a "home run" trading opportunity in their sights, you'll be the first to know. Justice will provide you with deep fundamental analysis of the situation. Plus, he'll outline his strategy, give you reasons for engaging in the trade and set up the specific trading rules, including stops and trailing stops.

Bottom line: You will have a top-shelf trading expert -- quite possibly one of the best in the world -- providing you with detailed research and analysis. Any one of these opportunities could deliver life-altering gains, and while they won't all be winners, I think you'll find your portfolio balance soaring very quickly.

*"The Trader's Chronicles"*! This online "book of trading magic" has been over 10 years in the making. It offers you a full immersion experience into the world of trading and is loaded with every trading secret, tactic and strategy Justice knows.

It will give you everything you need to know to potentially turn a few hundred dollars into a million-dollar trading account, including: How to spot breakout trends and get in early... How

to achieve complete Trading Mastery... The Trader's Key: How this 400-year-old trading secret could turn $1,500 into $2.5 million in 12 months! And much more!

**Lake Tahoe Private Trader's Conferences!** As a *Macro Trader*, you will also be Justice's guest at quarterly "Trader's Conferences" in Lake Tahoe. You and your fellow *Macro Traders* will gather at the Lone Star Lodge... sit by the fire pit... share drinks, cigars and trading tales... look out over the blue waters of Lake Tahoe and revel in the deep satisfaction of your success. You'll share stories... exchange ideas... and bond with your comrades over your common goal: discovering how to make millions in the market.

As a bonus when you sign up for *Macro Trader*, you'll also receive our daily e-letter, *Taipan Daily*, to keep you up-to-date on what's happening in the markets, and how you could capitalize on those situations. Plus, we'll also send you the *Taipan Insider* e-service, giving you an "insider's" view into the heart of our publishing group.

Of course, there's so much more that comes with being a *Macro Trader* subscriber. But as you can see from my brief description, this is a REMARKABLE OPPORTUNITY... not only to potentially secure a fortune... but to immerse yourself in a community of like-minded wealth builders.

And remember, if you are among the first people to respond to this invitation today... you'll get a full year of *Macro Trader*... absolutely free. But please understand: This opportunity is on a first-come, first-served basis. Let me explain...

# Get a Full Year of *Macro Trader*... Absolutely Free!

As I mentioned before, *Macro Trader* is for BOLD individuals who want to harness the <u>skill, power, and confidence</u> to amass a fortune... regardless of market conditions.

Because we want to keep *Macro Trader* an intimate group... we've decided to limit initial enrollment.

With this letter going to more than 300,000 Taipan Publishing Group readers... those spaces are going to go very fast. In fact, less than 1% of the people who receive this letter will be allowed to participate in this opportunity.

I expect the initial spots to disappear very quickly... probably within the next 45 minutes.

And, because I expect these folks to be the absolute cream of the crop... I'm going to sweeten the deal.

**If you are among the first to enroll as a *Macro Trader* Charter Member today... you'll get an entire second year of *Macro Trader*... <u>absolutely free</u>!**

Now, how much does a *Macro Trader* Charter Membership cost?

That's the best part...

***Macro Trader*** has an official list price of $5,000.

But if you are among the first to become a Charter Member of ***Macro Trader*** today... you'll pay a mere $795 for a full year of ***Macro Trader***.

That's an 84% discount... a savings of over $4,000!

**And remember: If you reserve your spot today, you'll get a second year of *Macro Trader*... absolutely free.**

But please understand: This particular offer is only for the first 997 people who respond to this offer. Folks who hesitate could end up paying the full $5,000... and they might not be entitled to the second year of ***Macro Trader*** free.

If you add up the entire value of the Charter Membership package I'm offering you, you'll see what a fantastic deal it is compared to what other people may pay. Take a look:

| | |
|---|---|
| **One year of *Macro Trader*** | **$5,000** |
| **Second year of *Macro Trader*** | **$5,000** |
| **Total value...** | **$10,000** |

**Act now, and you pay a mere $795 for everything!**

I think you'll agree: To turn down this kind of extreme value would be insane.

Go ahead and reserve your space as a ***Macro Trader***.

**Try it out for 30 days. And give *Macro Trader* a <u>full inspection</u>.**

You can read *The Trader's Chronicles*... read your regular Weekly Breifings.

And please take an <u>immediate look</u> at our Special Trading Bulletin ***"7 Mega-Trades That Could Hand You a 7-Figure Payout!"***

This if not something you can wait on. That's because the first of the seven mega-trades is already beginning to move. By getting in now, on the ground floor, you will give yourself the very best chance to secure a potential seven-figure fortune.

The first recommendation alone could deliver 15 times your money!

But why on earth would you wait? These seven plays are a no-brainer... and could quite possibly turn out to be the most lucrative investment of your entire life.

The opportunity is right in front of you. Go ahead and seize it.

# Satisfaction Guaranteed --

# Or Your Money Back!

If you are not absolutely thrilled and delighted for any reason, just say the word... just let us know within the first 30 days and and I'll give you a prompt refund, minus a 10% handling fee. No questions asked.

**And even if you decide to cancel *Macro Trader*, you KEEP EVERYTHING I send you... FREE... including the Special Trading Bulletin, *"7 Mega-Trades That Could Hand You a 7-Figure Payout!"***

**But please remember... I can only make this particular opportunity available to the first who respond. First come, first served. No exceptions.**

With more than 300,000 Taipan Publishing Group readers, these spaces are going to go very quickly... maybe within the hour.

That means a lot of people are going to miss out...

So, please act now to reserve your space... You can always change your mind... but once the spots are gone, it is unlikely you will ever get this opportunity again.

**Reserve your space here.**

Sincerely,

Sandy Franks
Executive Publisher
Taipan Publishing Group
September 2010

P.S. Join *Macro Trader* today, and give yourself a chance to cram 10 years of wealth-building into the next 12 months. Miss this opportunity, and you could be kicking yourself for the rest of your life. **Ensure your financial prosperity now...**

[ Join Us ]