# Exhibit 2

 

**YES!** I'm ready to become a Charter Member of *Macro Trader*!

I understand that the moment I become a member, I'll have immediate access to the Special Report *"7 Mega-Trades That Could Hand You a 7-Figure Payout!"* This Report will tell me everything I need to know to turn these 7 mega-trades into a potential 7-figure fortune.

I realize that while *Macro Trader* has a list price of $5,000, I'll only pay $795 for a full year. That's 84% off the regular price... a savings of over $4,200!

I also understand that by enrolling today, I'll receive a <u>second year</u> of *Macro Trader*... **absolutely FREE!**

Plus, I'll also receive all of the materials outlined in this invitation, including:

**MONEY BACK GUARANTEE**

- **Global Trading Recommendations**!

- *"The Trader's Chronicles!"* Loaded with trading secrets, tactics, and techniques that could make you a potential millionaire!

- **Lake Tahoe Private Trader's Conferences!**

- **Clear and Concise Trading Instructions**

- **Private Access to the *Macro Trader* Members-Only Web Site**

- **Outstanding Customer Support**

- **FREE Subscription to *Taipan Daily***

- **FREE Subscription to *Taipan Insider***



I also understand that I have nothing to lose... because I can reserve my space now and test-drive *Macro Trader* for 30 days.

If I am not absolutely thrilled and delighted for any reason, I can just say the word... and you'll give me a prompt refund... *minus a 10% handling fee*... no questions asked.

I realize that I must reserve my Membership now to avoid missing out because with this invitation going to over 260,000 *Taipan Daily* readers, the available spots will likely go very quickly, probably in the next few hours.

I also understand that I have nothing to lose... because I can reserve my space now and test-drive *Macro Trader* for 30 days without obligation or commitment. If I'm not absolutely thrilled and delighted for any reason, all I need do is say the word... and I'll get a prompt refund, minus a 10% handling fee... no questions asked.

**To complete your order, simply complete the secure form below... or please feel free to call and speak to one of our customer service representatives at 1-877-465-1416.**

## Charter Membership for only $795

Macro Trader is available for $5,000 a year. However, if you are among the
first to become a Charter Member of Macro Trader today... you'll pay a
mere $795 for a full year. That's an 84% discount... a savings of over
$4,000. But that's not all! The Second Year Is FREE! You'll also get a
second year of Macro Trader absolutely FREE. So you save an additional
$5,000 for a total savings of $9,205! That's a whopping 92% off!

**Our Price:** US$ 795.00          **Currency:** US Dollars

## STEP #1: Tell Us About Yourself

fields with (*) are mandatory

*First Name:

*Last Name:

*Country:        UNITED STATES

*Address 1:

Address2:

*City:

*State:          Select A State

*ZIP/Postal Code:

*Phone:
                 example 410-555-1212

Fax:
                 example 410-555-1212

*Email:

*Re-type Email:

☐ Please check the box if you'd like to receive
additional information on ways to enjoy a richer,
healthier life from us and our affiliates.



☑ Uncheck to ship to a different address.

## **Step #2:** Choose Your Payment Method

**Secure Credit Card Online**

Credit Card:  ○ American Express   AMEX      ○ Master Card   MasterCard

○ Discover   DISCOVER      ○ Visa   VISA

Card Number: _____

Expiration Date: Select a Month ▾   Select a Year ▾

Continue

Your Promotion Code is: WJMTL915