# Exhibit 3

**Taipan Publishing Group, www.taipanpublishinggroup.com Reviews**



**2.8/5**

★★★☆☆

From **8 reviews**

**38%**

of users recommend this item

**Summary & Average Ratings for Taipan Publishing Group, www.taipanpublishinggroup.com**

| Overall Rating |
|---|

| Ease Of Site Navigation | Quality of Content |
|---|---|
| Value For Money | |

**8 Reviews for Taipan Publishing Group, www.taipanpublishinggroup.com**

| Guest | **Review of Taipan Publishing Group, www.taipanpublishinggroup.com** ★☆☆☆☆ | 0 |
|---|---|---|

Written on: 14/05/2011

I signed on as a Safe Haven subscriber but they constantly sent me e-mails to upgrade to Millionaire Circle for $4000, which I did.

Beware of their profit claims... I have bought on their recommendations and have lost money. For the record, 80% of their recommendations have lost me money. Adding insult to injury, they will charge you 10% ($400) if you cancel within 30 days just to try out their service!

I wish I could believe their claims to be true....Won't do this again.

Guest

**Review of Taipan Publishing Group, www.taipanpublishinggroup.com**

★★☆☆☆

0   Guest

Written on: 27/10/2010

e-mail regarding $1 super investments...vis sandy franks.....contains boring, unduly repetitious material, so much so that i tuned out 3/4 of the wa y.... inane repetitions are insulting... sorry. erneie...

**Read more**

**Review of Taipan Publishing Group, www.taipanpublishinggroup.com**

★☆☆☆☆

0   Guest

Written on: 12/10/2010

as a subscriber to their wavestrength options weekly I have been under water for some time and currently have 7 positions all of which are in the red. I realize this is a difficult market it is all but a test for those like Adam Lass and the like who are failing miserably. I would not recommend and would caution as they like many others tout their victories which are subject to scrutiny while failing to disclose their defeats especially within the confines of their advertisements....

**Read more**

**Review of Taipan Publishing Group, www.taipanpublishinggroup.com**

★★☆☆☆

0   Guest

Written on: 15/07/2010

When you enroll into a $49/yr entry level subscription, beside some daily financial news/comments you are in a maze of promotions/ads to "upgrade" in to many others VIP/inner circle...memberships which would cost you up to almost $4,000! There are lots of promises about POTENTIAL making 1000% of return on your investments! (too good to be true!).(Proofs: If they can make that much money they would not have time or bother to sell news letter subscription. I have attended many stock trading seminars:...

**Read more**

**Review of Taipan Publishing Group, www.taipanpublishinggroup.com**

★☆☆☆☆

0   Guest

Guest

**ninarosester**

Written on: 13/07/2010

Taipan Scam alert! I tried these turkeys and have done nothing but lose money. I'm talking tens of thousands. They change the names of their publications frequently so no one catches on that about 90% of their recommendations are losers. Once in while they get one right and tout it till the cows come home. They say you could make a million on some trade. They say their goal is to make a thousand new members millionaires by August 2010, and than a few months later say their goal is to make a thousand...

**Read more**

**Review of Taipan Publishing Group, www.taipanpublishinggroup.com**
★★★★★

0

Written on: 30/04/2010

great best excellent ...

**Read more**

**Review of Taipan Publishing Group, www.taipanpublishinggroup.com**
★★★★★

0

**Registered since:
13/04/2008**

**Number of Reviews:
1**

Written on: 24/01/2010

I have used their services even before the website are used to send news and alerts and was well pleased, but now I joined again a year ago to get to familiar to start trading in several months. I joined as a member of the Taipan VIP Inner Circle for life with a modest fee of #3,900. The Oxford Club publications were gone a long time ago, I think. I missed that. Otherwise I have not really used it yet....

**Read more**

**Review of Taipan Publishing Group, www.taipanpublishinggroup.com**

★★★★★

0

Written on: 13/04/2008

I'm interested in emerging markets and been doing lots of research. What I've found is that you can get lots of information from lots of places... but most of it is about 2 years old. Taipan Publishing Group puts it all in one site. I see them as the authority on this topic....

**Read more**