# Exhibit 4

## BAKER BOTTS LLP

30 ROCKEFELLER PLAZA
NEW YORK, NEW YORK
10112-4498

TEL  +1 212.408.2500
FAX +1 212.408.2501
www.bakerbotts.com

ABU DHABI
AUSTIN
BEIJING
DALLAS
DUBAI
HONG KONG
HOUSTON
LONDON
MOSCOW
**NEW YORK**
PALO ALTO
RIYADH
WASHINGTON

June 3, 2011

**VIA EMAIL & EXPRESS COURIER**

Paul J. Reilly
(212) 408-2634
FAX (212) 259-2434
paul.reilly@bakerbotts.com

Ms. Sandy Franks
Executive Publisher
Taipan Publishing Group LLC
16 W. Madison St.
Baltimore, MD 21201

Re:  Unauthorized Use of Name of Thomas Kaplan and Tigris Financial Group

Dear Ms. Franks:

We are counsel to Thomas Kaplan, the Chairman and Chief Investment Officer of Tigris Financial Group Ltd. ("Tigris") and Tigris. It has come to our attention that Taipan Publishing Group LLC ("Taipan") is making unauthorized use of and trading on Mr. Kaplan's and Tigris's name and reputation to promote Taipan's products and services. By this letter, we are directing Taipan to immediately cease such unlawful conduct.

Specifically, Taipan recently distributed an advertisement for its "Trader's Key" product via its *Smart Investing Daily* newsletter in which Taipan identified "billionaire Thomas Kaplan" and "his company Tigris Financial" as having "amassed a $2 billion fortune in gold using the Trader's Key." The advertisement was published by the *Forex News* blog and is publicly available as of the date of this letter at http://new-forex-news.blogspot.com/2011/05/smart-investing-daily-how-to-become.html, a printout of which is enclosed herein. As a result, Taipan is willfully trading upon the recognition value, goodwill and business reputation of Mr. Kaplan and his company. Taipan's use of Mr. Kaplan's name misleadingly suggests that Mr. Kaplan has authorized Taipan to use his name, and that Taipan is somehow affiliated with or endorsed by Mr. Kaplan and/or Tigris, when in fact, our clients have no involvement whatsoever with Taipan's business, services or product offerings. The advertisement is confusing to consumers and potentially maligns Mr. Kaplan's good name and reputation. Taipan is therefore willfully and intentionally violating Mr. Kaplan's rights of privacy and publicity and engaging in unfair competition, false advertising and false representation.

Applicable state and federal laws prohibit such use of Mr. Kaplan's name and statements to the press for commercial purposes of this nature without his authorization or permission. To be clear, neither Mr. Kaplan nor Tigris consent to Taipan's use of Mr. Kaplan's name or his statements to the press, and they do not endorse Taipan or its products or services.

In view of the foregoing and on behalf of Mr. Kaplan and Tigris, we demand that Taipan and those acting in concert with Taipan immediately cease and forever desist from all use of Mr. Kaplan's name, image, and/or likeness, the use of statements made by Mr. Kaplan, and Tigris's trade names or marks, in any and all advertising, marketing or promotion of Taipan, its business,

NY02:714592.2

**BAKER BOTTS** LLP

Sandra Franks                                                                                                                  -2-

products or services, whether in radio, television, Internet, print or otherwise (collectively, "Media"). In addition, we demand that you confirm in writing no later than June 10, 2011 that you have ceased, and have instructed all applicable Media to immediately cease, all use of Tigris's name and marks, and Mr. Kaplan's name, image, likeness and statements in advertisements or promotions for Taipan.

Unless Taipan immediately complies with our demands, we will pursue all available legal and equitable remedies to obtain the maximum penalties imposed by law against Taipan and those acting in concert with Taipan, including injunctive relief, an accounting of Taipan's profits, damages, costs, attorneys' fees and/or punitive damages.

This letter does not represent a full and complete statement of Mr. Kaplan's and Tigris's claims against Taipan and nothing in this letter shall be deemed a waiver of any rights or remedies of Mr. Kaplan or Tigris, all of which are expressly reserved.

Regards,

Paul J. Reilly

Enclosure

NY02:714592.2